LM/JC: USAO 2025R00160

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO.** TDC 26-Cr-00017 |
| | * | |
| **RODNEY SYLVESTER WIGGINS,** | * | (Felon in Possession of a Firearm and |
| | * | Ammunition, 18 U.S.C. § 922(g)(1); |
| Defendant | * | Forfeiture, 18 U.S.C. § 924(d), |
| | * | 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c)) |

*******

## INDICTMENT

### COUNT ONE
(Felon in Possession of a Firearm and Ammunition)

The Grand Jury for the District of Maryland charges that:

On or about January 28, 2025, in the District of Maryland, the defendant,

**RODNEY SYLVESTER WIGGINS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm—that is, a Taurus G3 9mm caliber semi-automatic pistol and nine rounds of 9mm ammunition—and the firearm and ammunition were in or otherwise affecting interstate or foreign commerce.

18 U.S.C. § 922(g)(1)

## SENTENCING ALLEGATION

Before the defendant, **RODNEY SYLVESTER WIGGINS**, committed the offense charged in Count One, the defendant had at least three previous convictions for offenses qualifying under 18 U.S.C. § 924(e)(2) that were committed on occasions different from one another.

18 U.S.C. § 924(e)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction on Count One of this Indictment.

### Firearms and Ammunition Forfeiture

2. Upon conviction of the offense set forth in Count One, the defendant,

**RODNEY SYLVESTER WIGGINS,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense, including but not limited to a Taurus G3 9mm caliber semi-automatic pistol bearing serial number ACK443774, and approximately nine rounds of 9mm ammunition.

### Substitute Assets

3. If, as a result of any act or omission of the defendant, any of the property described above:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property.

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Kelly O. Hayes /MSM
Kelly O. Hayes
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

Date: 1/15/26